# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

An Apple iPhone with Phone Number 254-630-3578. See Attachment A.

Case No. 19-M-125 (DEJ)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

An Apple iPhone with Phone Number 254-630-3578. See Attachment A.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE __June 14, 2019__ *(not to exceed 14 days)*
☐ in the daytime between 6:00 a.m. and 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Hon. David E. Jones__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __June 4, 2019 12:50 p.m.__
*Judge's signature*

City and State: __Milwaukee, Wisconsin__   __Hon. David E. Jones__, U.S. Magistrate Judge
*Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

## Return

| Case No: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 210-775-21605 | 06/06/2019 1010 hrs | |

Inventory made in the presence of:

SA Zachary Hoalcraft  Det. John Milotzky

Inventory of the property taken and/or name of any person(s) seized:

One (1) Apple Iphone X  Serial Number G6TVRHZBJCL7 with Case

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 06/13/2019

_____
Executing officer's signature

Zachary Hoalcraft  Special Agent
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: June 13, 2019

_____
United States Magistrate Judge

# ATTACHMENT A

The property to be searched is an Apple iPhone with Phone Number 254-630-3578, hereinafter the "Device."

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

# ATTACHMENT B

1.  All records relating to violations of 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1029(a)(2) (Trafficking in Unauthorized Access Devices), and 18 U.S.C. § 1028(a)(7) (Identity Theft), those violations involving Robert Gordon or Diana Gordon, and occurring after June 1, 2018, including:

   a.  Records and information relating to Kohl's, including Kohl's merchandise, cash, certificates, coupons, and accounts;

   b.  Records and information relating to @OfficialJigLord or other online accounts;

   c.  Records and information relating to businesses' customer account information and rewards program information, including usernames, passwords, points, certificates, coupons, codes, and related items;

   d.  Records and information relating to selling, purchasing, or advertising of goods or services;

   e.  Records and information relating to the identity or location of the Robert Gordon and Diana Gordon and accomplices involved in obtaining, transferring, selling, and buying usernames, passwords, Kohl's Cash certificates, and other business rewards program items.

   f.  Bank account records, loan documents, wire transfer records, money order receipts, postal express mail envelopes, bank statements, safe

deposit box and records, financial records or notes showing payment, receipt, concealment, transfer, or movement of money generated from or connected to the sales of Kohl's cash and related business loyalty rewards items, or financial transactions related to such activities, including any virtual or crypto currency.

g. Records and information relating to obtaining, maintaining, transferring, or spending money or other things of value;

h. Records and information relating to accessing or using personal identifying information, including email addresses, usernames, codes, user IDs, PIN numbers, and passwords.

i. Records of off-site storage locations, and records and receipts and rental agreements for storage facilities;

j. Records and information relating to unlawful or surreptitious access to information;

k. Records and information relating to communications between Robert Gordon and Diana Gordon, as well as records and information relating to communications between Robert Gordon or Diana Gordon relating to the offense(s), including sales, advertising, customers, potential customers, payments, credit, currency, means of identification, or access devices;

l.  Records and information relating to preparatory steps taken in furtherance of the offense(s);

m.  Records and information relating to efforts prevent detection of the offense(s);

n.  Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored.

During the execution of the search of the Device described in Attachment A, law enforcement personnel are authorized to press the fingers (including thumbs) of Diana Gordon to the Touch ID sensor of the Device, if applicable, for the purpose of attempting to unlock the Device via Touch ID in order to search the contents as authorized by this warrant.